```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF TEXAS
                       FORT WORTH DIVISION
```

LAKEISHA TARVER              §
                             §
VS.                          §   CIVIL ACTION NO. 4:17-CV-332-Y
                             §
12291 CBW, LLC, ET AL.       §

<u>FINAL JUDGMENT</u>

    In accordance with the Notice of Dismissal Without Prejudice (doc. 8) filed on May 18, 2017, and Federal Rule of Civil Procedure 58, all claims are hereby DISMISSED WITHOUT PREJUDICE to their refiling.  All costs of Court under 28 U.S.C. § 1920 shall be borne by the party incurring same.

    SIGNED May 24, 2017.

*[signature: Terry R. Means]*
TERRY R. MEANS
UNITED STATES DISTRICT JUDGE

<u>FINAL JUDGMENT</u> - Page Solo
TRM/mdf(arh)